**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TRACY LEIGH LINDSEY,** | : | |
| Petitioner, | : | |
| vs. | : | CA 21-00024-KD-MU |
| **JEFFREY BALDWIN,** | : | |
| Respondent. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 20, 2021, is **ADOPTED** as the opinion of this Court, with the following modification: The phrase "appellate counsel" in the second line of page four is stricken and replaced with "trial counsel".

**DONE** this 6th day of October 2021.

 s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**