# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **TRACY LEIGH LINDSEY,** | : | |
| Petitioner, | : | |
| vs. | : | CA 21-00024-KD-MU |
| **JEFFREY BALDWIN,** | : | |
| Respondent. | | |

## JUDGMENT

In accordance with the order entered this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner Tracy Leigh Lindsey's request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, be **dismissed without prejudice** so that he can pursue those state court remedies available to him.

**DONE** this 6th day of October 2021.

 s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**